UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENTERED

UNITED STATES OF AMERICA,            CRIMINAL NO. 03-80406

        Plaintiff,            HON. GERALD E. ROSEN

v.

D-9 JIHAD HAMMOUD,
    a/k/a "Jay Hammoud,"

        Defendant.
_____/

FILED
MAR 27 2009
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## FIRST SUPERSEDING INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

(18 U.S.C. §4 - Misprision of a Felony)

Between January 1998 and January 2001, in the Eastern District of Michigan, Southern Division, JIHAD HAMMOUD, also known as "Jay Hammoud," defendant herein, having knowledge that Imad Hammoud, Fadi Hammoud, and Majid Hammoud had conspired and agreed to possess contraband cigarettes, in violation of Title 18, United States Code, Sections 371 and 2342(a), knowingly and intentionally concealed and failed to disclose the commission of the crime to law enforcement

authorities; in violation of Title 18, United States Code, Section 4.

                                              TERRENCE BERG
                                              United States Attorney

                                              KENNETH R. CHADWELL
                                              Assistant U.S. Attorney

                                              JONATHAN TUKEL
                                              Chief, National Security Unit

Dated: 3/27/09

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number<br>03-80406 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: Gerald E. Rosen |
| ☐ Yes     ☒ No | AUSA's Initials: KRC |

Case Title: USA v. JIHAD HAMMOUD, a/k/a Jay Hammoud

County where offense occurred: Wayne

Check One:     ☒ Felony     ☐ Misdemeanor     ☐ Petty

____Indictment/ ✓ Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: ]
____Indictment/____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].

**Superseding Case Information:**

Superseding to Case No: 03-80406          Judge: Gerald E. Rosen

☐     Original case was terminated; no additional charges or defendants.
☐     Corrects errors; no additional charges or defendants.
☒     Involves, for plea purposes, different charges or adds counts.
☐     Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| JIHAD HAMMOUD | 18 U.S.C. § 4 | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 27, 2009
    Date

Kenneth R. Chadwell
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9698
Fax: (313) 226-3413
E-Mail address: ken.chadwell@usdoj.gov
Attorney Bar #: P-39121

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04